UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GRACE GIBBONS,

                              Plaintiff,

                                                      **ORDER**
             -against-                                CV 09-4040(SJF)(ARL)

NEW YORK STATE UNIFIED COURT SYSTEM,
et al.,

                              Defendants.
-------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**


        Before the court is the defendants' letter application seeking permission to take the
plaintiff's deposition in January conditioned on the parties' agreement not to seek judicial relief
as to any discovery related issue that may arise at the deposition or an extension of the March
trial date before Judge Feuerstein. Although the discovery deadline in this matter was November
8, 2010, and the final conference was held on December 20, 2010, it is clear that very little
discovery has been conducted. Accordingly, the application is granted, as unopposed.


Dated:  Central Islip, New York          **SO ORDERED:**
        January 5, 2011


                                         _____/s_____
                                         ARLENE ROSARIO LINDSAY
                                         United States Magistrate Judge